IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 08-87-JJF |
| COURTNEY MURRAY, | : |
| Defendant. | : |

**MOTION TO INSPECT GRAND JURY TESTIMONY**

     COMES NOW, COURTNEY MURRAY, Defendant, by and through his attorney, RAYMOND M. RADULSKI, ESQUIRE, and moves this Honorable Court to order the United States Government to allow his Counsel to inspect and/or copy all transcripts of the Grand Jury testimony of witnesses who are to be called to testify against him.

/s/ Raymond M. Radulski, Esquire
RAYMOND M. RADULSKI, ESQUIRE
#332
1225 N. King Street, #301
Wilmington, DE 19802
(302) 658-9388
Attorney for Defendant,
  COURTNEY MURRAY

Dated: July 2, 2008

```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        :
                                 :
        Plaintiff,               :
                                 :
        v.                       :   Cr. Action No. 08-87-JJF
                                 :
RODNEY L. CONYER, JR.,           :
                                 :
        Defendant.               :
```

## ORDER

The Defendant, COURTNEY MURRAY'S Motion To Inspect Grand Jury Testimony having been heard and considered,

ORDERED this ____ day of _____, A.D., 2008, that the Government shall make available for inspection all testimony requested pursuant to Defendant's Motion.

_____
                                              J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Cr. Action No. 08-87-JJF |
| | : |
| COURTNEY MURRAY, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant COURTNEY MURRAY's Motion To Inspect Grand Jury Testimony with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Geoffrey Grivner, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/S/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
   COURTNEY MURRAY

Dated: July 2, 2008